No. 740. FOXBORO COMPANY *v.* TAYLOR INSTRUMENT COMPANIES. January 6, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Edward F. McClennen* and *Edward G. Cur-*

*tis* for petitioner. *Drury W. Cooper, D. Clyde Jones* and *Drury W. Cooper, Jr.* for respondent.